**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6026**

---

BERNARD LEE STEBBING,

Plaintiff - Appellant,

versus

BISHOP ROBINSON; RICHARD LANHAM; MELANIE
PEREIRA,

Defendants - Appellees.

---

**No. 96-6037**

---

RONALD F. ROBINSON; BERNARD LEE STEBBING,

Plaintiffs - Appellants,

versus

BISHOP ROBINSON; RICHARD LANHAM; MELANIE
PEREIRA,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-
177-L, CA-95-66-L)

---

Submitted: June 20, 1996            Decided: July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard Lee Stebbing, Ronald F. Robinson, Appellants Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders denying relief on their 42 U.S.C. § 1983 (1988) complaints. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Stebbing v. Robinson, No. CA-95-177-L; Robinson v. Robinson, No. CA-95-66-L (D. Md. Dec. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3